# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NEWPORT NEWS DIVISION

| | |
|---|---|
| **SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST,** | )<br>)<br>) |
| **Plaintiff,** | )<br>)<br>) |
| v. | ) Civil Action No.: 4:19-cv-45 |
| **WILLIAMSBURG CHRISTIAN ACADEMY,** | )<br>)<br>) |
| **Defendant.** | )<br>)<br>) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims and counterclaims in this action have been resolved and the parties hereby request that the Clerk dismiss all claims and counterclaims in this action, with prejudice, with each party bearing its own costs and attorney's fees.

DATED: December 22, 2020

/s/ John B. Mumford, Jr.
John B. Mumford (VSB No. 38764)
Jessica Swauger (VSB No. 89612)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, VA  23060
Telephone: (804) 967-9604
Facsimile:  (804) 967-9888
jmumford@hancockdaniel.com
jswauger@hancockdaniel.com
*Counsel for Selective Insurance Company of the Southeast*

/s/ H. Robert Showers
H. Robert Showers, Esq.
William R. Thetford, Jr., Esq.
SIMMS SHOWERS, LLP
305 Harrison Street SE, Third Floor
Leesburg, VA  20175
Telephone: (703) 771-4671
Facsimile:  (703) 771-4681
hrs@simmsshowerslaw.com
wrt@simmsshowerslaw.com
*Counsel for Williamsburg Christian Academy*